Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
_____ Division

FILED BY PG D.C.
SEP 10 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Daniel Dumond
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Miami-Dade police Department, The
Midwest Division-Kendal District
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:21-CV-22918-Dmm
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Daniel Dumond
      All other names by which you have been known:
      ID Number: 200145372
      Current Institution: Metrowest Detention Center Unit 3-D-3
      Address: 13850 N.W. 41st Street
      Doral, FL 33178
      City / State / Zip Code

   B. The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: K-9 Bone (dog) and Officer Arrowsmith K4-16
      Job or Title (if known): K-9 Unit Miami Dade Police Department, the
      Shield Number:
      Employer:
      Address: 7707 SW 117th Ave Miami, FL 33183
      Miami, FL 33183
      City / State / Zip Code
      ☐ Individual capacity    ☒ Official capacity

   Defendant No. 2
      Name: Officer Arrowsmith William
      Job or Title (if known): K9 unit Dept. 030
      Shield Number: 05319
      Employer: Miami Dade Police Department Midwest Kendall Dist.
      Address: 7707 SW 117th Ave
      Miami, FL 33183
      City / State / Zip Code
      ☐ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name  _____
    Job or Title *(if known)*  _____
    Shield Number  _____
    Employer  _____
    Address  _____
              City      State      Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name  _____
    Job or Title *(if known)*  _____
    Shield Number  _____
    Employer  _____
    Address  _____
              City      State      Zip Code
    ☐ Individual capacity    ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        *Police Brutality the U.S. Constitution 14th Amendment*

    C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

<u>Abuse of Authority U.S Constitution 14th Amendment</u>

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

9520 SW 44th St Miami, FL. 33165 During my arrest for an alleged criminal crime on September 21st, 2020 SW 97th Ave 40th St Miami, FL. 33165 At 19:22 pm.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

NO

Page 4 of 11

Page 4-07-11 (1-07-2)

0. During my arrest on September 21st, 2020, I was beaten by Miami-Dade police department Midwest division Kendall district and i was also biten by the K-9 dog Bano while my Hands were up on the fence. Then was knocked down on my stomach kicked, punched by multiple officers. That's why all the names of all the officer were not listed. Because when I, Daniel Dumond asked the three (3) investigating Sergeants for their names i was denied. Sergeant Pedro Guerra who claimed he was the leading sergeant investigating on my case because i filed a complaint with Miami Dade Police Department Professional Compliance Bureau at 18805 NW 27th Avenue Miami Gardens, FL. 33056 who admits to me. I was a victim of police Brutality and did saw in the Body Camera, i was being kicked and punched by police (s) But refuses to give me their names that was on June 15th, 2021 when they visited me and i was told an investigation is been conducted and i was going to be contacted which they have not yet contacted me. Because of this police Brutality. I had to get stiches in my inner thigh. Require a walking cane to walk long distance. Suffering Blurry vision, migrain Headaches lower back pain. in which Require me to take multiple pain medications and Require to wear prescribe reading glasses (wear) And have Cause disfiguration in my right inner thigh and mental and emotional depressions and anxieties now i have fear of dogs. i do own a dog im afraid to get close

Page 4-07-11
2-07-2

To my dog or any other when I'm Released. Because of fears they might attack me and bite me. have Created Real Nervous Anxieties and mental and Emotional frustrations just Because i was accused and being Black i didn't deserved this kind of police Brutality.

Daniel Dumond
200 145 372
September 1st 2021

I have also Release my Medical Records Since my arrest September 21st 2020 up until now.

The names of the Officers involve in the police Brutality was not given to me when i asked for them. That's why their names were not listed and the Reason i need help.

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 21st, 2020 at 19:22 Arrest Time 20:31

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was beaten By multiple polices. in which sergeant pedro Guerra and Two(2) other sergeants admits that i was a Victim of police Brutality according to the multiple Body Cameras from Miami Dade police Department professional Compliance Bureau of Miami Gardens, Florida 33056, 18805 NW 27th Avenue. But Refuse to give me the officers names. and Was Brutally Drove to the hospital Carelessly.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Blurry vision which require me to wear Reading glasses prescribe, migrains. Low Back pain which require me to walk with a Cane. Receive stiches do to the k-9 Bane Bites my in Right thigh. deformality. stiches from Kendall Reginnal hospital. I have Release All my medical Records to the Court. Left Shoulder pain. Taking pain medication and Vitamin B-2.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

equity of $100,000.00 Restoration due to Stress Battling depressions anxiety and now Fear of Dogs Because i used to love dog. Emotional and mental depressions and frustrations and disfiguration and Criminal chavges against these police officers. For police Brutality

Case: 1:21-cv-22918-DMM Document #: 6-1 Entered on FLSD Docket: 06/10/2021 Page 6 of 11
Case 1:21-cv-22918-DMM Document 7 Entered on FLSD Docket 09/10/2021 Page 8 of 15
Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No   Does not Apply
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No   Does not Apply
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes  Does not Apply

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Internal Affair Bureau(s)

2. What did you claim in your grievance?

   I was elligally Beaten and biten By Miami Dade police and K-9 Dog Unit

3. What was the result, if any?

   I was visited on June 15th, 2021. By Miami Dade Police department professional Compliance Bureau at Miami Gardens FL 33056 18805 NW 27th Ave

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I wrote them for an update on the investigation no Avail even about. Nobody have Contacted me or visited me.

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   On September 1st 2021 I wrote a Second letter for an update

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Internal Affairs Bureau and Miami Dade Police Department Professional Compliance Bureau Sargeant Pedro Guerra of Miami Gardens Florida

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I have Released My Medical Records

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Daniel Dumond_
   Defendant(s) _Miami Dade Correction and Rehabilitation. (MDDC)_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _United States District Court Souther District of Florida Wilkie D. Ferguson, JR. United States Courthouse 400 North Main Avenue Room 8N09 Miami, FL 33128-7716_

3. Docket or index number
   _1:21-CV-22917-KLR_

4. Name of Judge assigned to your case
   _Honorable Judge Robin L. Rosenberg. (daa)_

5. Approximate date of filing lawsuit
   _8/10/2021_

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff Daniel Dumond
Prison Identification # 200145372
Prison Address Metrowest Detention Center
Doral / FL / 33178
_City / State / Zip Code_

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
_City / State / Zip Code_
Telephone Number
E-mail Address

tention Center Unit 3-D-3
and  Jail No.: 200145372
41st Street
3178



This correspondence originated at a Miami-Dade Corrections and Rehabilitation facility. MDCR is not responsible for its contents.

Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue Room 8 N.
Miami, FL 33128-7716
Judge Donald M. Middlebrooks
Case No.: 1:21-CV-22918-DMM



U.S.M.S. INSPECTED BY:



This correspondence originated at a Miami-Dade Corrections and Rehabilitation facility. MDCR is not responsible for its contents.